UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-25012-WILLIAMS

MARCUS D. MIMS,

    Plaintiff,

vs.

MERCANTILE ADJUSTMENT BUREAU, LLC.,

    Defendant.

_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 24). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17th day of April, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE